# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                    CASE NUMBER: 3:05CR13

ANTONIO DELREA SMITH

THIS MATTER is before the Court on an Order of Remand, filed 4/20/2007, from the Fourth Circuit Court of Appeals for an additional proceeding. The Court has been informed by the U.S. Marshal that BOP cannot transport the defendant in time for the previously scheduled hearing and will therefore continue this proceeding to a new date.

**NOW, THEREFORE, IT IS ORDERED** that:

1. The United States Marshal have the Defendant ANTONIO DELREA SMITH (# 20281-058 ) present in Charlotte, North Carolina not later than 8/6/2007 for matter scheduled; and

2. This matter is set to be heard 8/6/07 at 10:00 a.m.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: June 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge